In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00050-CV**
_____

**WISCH LEASING GROUP LP, Appellant**

**V.**

**THE WOODLANDS LAND DEVELOPMENT COMPANY LP, DREAM MOTORS LLC, AND MERCEDES-BENZ FINANCIAL SERVICES USA LLC, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-09-10958-CV**

**MEMORANDUM OPINION**

Appellant Wisch Leasing Group LP filed a motion to dismiss its appeal, which asserts the parties have settled their claims. The motion is voluntarily made by Wisch

Leasing Group LP before the Court decided the appeal. *See* Tex. R. App. P. 42.1.

No other party filed a notice of appeal.[1] We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on April 17, 2019
Opinion Delivered April 18, 2019

Before Kreger, Horton and Johnson, JJ.

---

[1] Appellees filed a motion to dismiss the appeal as frivolous, in which they sought damages pursuant to Rule 45. *See* Tex. R. Civ. P. 45. In light of appellant's motion to dismiss based upon settlement, we need not rule on appellees' motion, and we decline to assess damages under Rule 45. *See id.*